IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FLOYD O. HUNT, JR., )
                                                  )
    Petitioner, )
v.                                       )    Civil Action No. 3:15CV122–HEH
                                                  )
BLUE RIDGE REGIONAL JAIL, )
                                                  )
    Respondent. )

**MEMORANDUM OPINION**
(Dismissing Improper 28 U.S.C. § 2241 Petition)

Petitioner, a Virginia inmate proceeding *pro se*, filed this 28 U.S.C. § 2241 petition ("§ 2241 Petition," ECF No. 1) on February 27, 2015. Petitioner challenges his conditions of confinement, specifically his ongoing incarceration in a regional jail and the assessed housing fee and restrictions on his religious practice. (§ 2241 Pet at 4–6.) "[T]he settled rules [provide] that *habeas corpus* relief is appropriate only when a prisoner attacks the fact or duration of confinement; whereas, challenges to the conditions of confinement that would not result in a definite reduction in the length of confinement are properly brought" by some other procedural vehicle. *Olajide v. B.I.C.E.*, 402 F. Supp. 2d 688, 695 (E.D. Va. 2005) (emphasis omitted) (internal citations omitted) (citing *Strader v. Troy*, 571 F.2d 1263, 1269 (4th Cir. 1978)). Petitioner squarely attacks his conditions of confinement. Thus, he may not use § 2241 Petition to bring such claims. Accordingly, the action will be dismissed.

An appropriate Order shall accompany this Memorandum Opinion.

                                                       /s/
                              Henry E. Hudson
Date: March 17, 2015          United States District Judge
Richmond, Virginia